**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Little Six, Inc., d/b/a Mystic Lake Casino Hotel,<br><br>Plaintiff,<br><br>vs.<br><br>Slavik Viner and Eugene Viner, both d/b/a V Entertainment, and www.mysticlakecasino.com, domain name,<br><br>Defendants. | **CASE NUMBER 00-CV-102 DWF/AJB**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff Little Six, Inc. ("Little Six") and Defendants, by and through their respective counsel, hereby jointly request that the Court enter an order granting Defendants an extension of time to respond to the complaint as follows:

Defendants shall have until February 17, 2000, to serve and file their response to the complaint.

Dated: 2/11/2000

Stephen R. Baird

Wayne E. Willenberg (#234473)
Stephen R. Baird (#214024)
Mathias W. Samuel (#272164)
Fish & Richardson, P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

FILED FEB 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 2/11/2000

Steven F. Olson (#230856)
Bluedog, Olson & Small
Southgate Office Plaza, Suite 500
5001 West 80th Street
Minneapolis, MN 55437
(612) 893-1813

ATTORNEYS FOR PLAINTIFF

Dated: 2/11/00

Daniel J. Maertens (#188311)
Allison M. Dibley (#257540)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 347-7098/7148
Facsimile: (612) 347-7077

Gregory Fishman, Esq.
The Business Lawyers, LLP
4000 Geary Blvd., Suite 201
San Francisco, CA 94118
Telephone: (415) 421-3004
Facsimile: (415) 421-3006

ATTORNEYS FOR DEFENDANTS

::ODMA\PCDOCS\FBDOCS1\2349591\1

**ORDER**

Based upon the foregoing Stipulation of the Parties, IT IS HEREBY ORDERED THAT:

1. The Stipulation is accepted and incorporated herein as this Court's Order;

2. Defendants have until February 17, 2000 to serve and file their response to the complaint.

Dated: 2/14/00

ARTHUR J. BOYLAN
United States Magistrate Judge