UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LITTLE SIX, INC., d/b/a MYSTIC LAKE CASINO HOTEL,<br><br>Plaintiff,<br><br>v.<br><br>SLAVIK VINER and EUGENE VINER, both d/b/a V ENTERTAINMENT, and WWW.MYSTICLAKECASINO.COM, DOMAIN NAME,<br><br>Defendants. | Court File No. 00-CV-102 DWF/AJB<br><br>**STIPULATED PRELIMINARY INJUNCTION AND ORDER** |

WHEREAS, On January 14, 2000, Plaintiff commenced a civil action captioned LITTLE SIX, INC., D/B/A MYSTIC LAKE CASINO HOTEL V. SLAVIK VINER AND EUGENE VINER, BOTH D/B/A V ENTERTAINMENT, AND **WWW.MYSTICLAKECASINO.COM**, DOMAIN NAME, Case No. 00-CV-102 DWF/AJB ("the Action"), against Defendants, alleging various claims relating to Plaintiff's service mark MYSTIC LAKE CASINO, and other marks within its MYSTIC Family of Marks;

WHEREAS, On January 14, 2000, Defendant Slavik Viner was personally served with the Summons and Complaint in the Action, and on January 17, 2000, Defendant Eugene Viner was personally served with the Summons and Complaint in the Action;

WHEREAS, On January 26, 2000, Plaintiff served on Defendants' California counsel Plaintiff's Notice of Motion and Motion for Preliminary Injunction, and related

FILED FEB 18 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

supporting papers, but has not yet filed them with the Court, pursuant to Local Rule 7.1 (b)(2)(A).

WHEREAS, the Court has scheduled an oral hearing on February 25, 2000, to entertain Plaintiff's Motion for Preliminary Injunction;

WHEREAS, Defendants have not yet answered the Complaint because Plaintiff has agreed to extend Defendants' time to Answer or otherwise respond to the Complaint until February 24, 2000;

WHEREAS, Defendants deny any wrongdoing; and

WHEREAS, the parties now wish to moot the need for the February 25 preliminary injunction hearing by stipulating to the preliminary injunctive relief sought by Plaintiff and the parties request that the Court enter this Stipulated Preliminary Injunction and Order and that it remain in full force and effect until a final determination on the merits has been made in the Action;

IT IS, ACCORDINGLY, STIPULATED AND ORDERED that Defendants Slavik Viner and Eugene Viner, both individually and doing business as v entertainment, and their agents, servants, partners, employees, licensees, and attorneys, and all others in active concert or participation with them:

1. Shall immediately cease and discontinue any and all use of the designation and domain name mysticlakecasino.com, and any misspelling thereof, any colorable variation thereof, and any confusingly similar designation or domain name;

2. Shall not register, use, or traffic in any domain name that includes any of the following designations: "mystic," "mystic lake," "mystic lake casino," "mystic lake

casino hotel," "club mystic," "mystic bingo," or any misspellings of those designations, any colorable variations of those designations, or any confusingly similar designations;

3. Shall immediately provide notice and a copy of this Order to any third party that defendants have authorized to use or register for them any of the designations listed in paragraphs 1-2 of this Order, including but not limited to Network Solutions, Inc.;

4. Shall immediately provide notice and a copy of this Order to any third party whom defendants, their agents, servants, partners, employees, attorneys, or others in active concert or participation with them, have communicated with about any of the designations listed in paragraphs 1-2 of this Order;

5. Shall refrain from doing any other act likely to induce the mistaken belief that defendants, their products, services, commercial activities, information, Internet Domain or Internet domain names, are in any way affiliated with, sponsored by, connected, or associated with plaintiff or its goods or services;

6. Shall immediately transfer and assign to plaintiff, without consideration, all right, title, and interest in the domain name registration for mysticlakecasino.com, and any other domain names covered by paragraphs 1-2 of this order.

IT IS SO AGREED AND STIPULATED THIS SIXTEENTH DAY OF FEBRUARY:

By: ______________________
Wayne E. Willenberg (#234473)
Stephen R. Baird (#214024)
Mathias W. Samuel (#272164)
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070

By: ______________________
Daniel J. Maertens, Esq. (#188311)
Allison M. Dibley, Esq. (#257540)
Fredrikson & Byron, P.A.
1100 International Centre
900 Second Ave. South
Minneapolis, MN 55402-3397
(612) 347-7000

By: ______________________
Steven F. Olson (#230856)
BLUEDOG, OLSON & SMALL
Southgate Office Plaza, Suite 500
5001 West 80th Street
Minneapolis, MN 55437
(612) 893-1813

ATTORNEYS FOR PLAINTIFF

Gregory Fishman, Esq.
The Business Lawyers, LLP
4000 Geary Blvd.
Second Floor
San Francisco, CA 94118
(415) 421-3004

ATTORNEYS FOR DEFENDANTS

IT IS SO ORDERED:

Dated: 2/18-Jan, 2000

______________________
The Honorable Donovan W. Frank